# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| AARON CUMMINS, et al, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-cv-10403 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHRAX, et al, | ) | Hon. Arthur J. Tarnow |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     ANTHRAX


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Kenneth S. Jannette
  Jannette Legal
  21 Kercheval Ave.
  Suite 240
  Grosse Pointe Farms, MI 48236


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Worth
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  February 5, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-cv-10403
Hon. Arthur J. Tarnow

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:  ANTHRAX

Date of Service:  _____

## Method of Service

____  Personally served at this address:
_____
_____
_____

____  Left copies at the usual place of abode with (name of person):
_____
_____
_____

____  Other (specify):
_____
_____
_____

____  Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:  _____
Signature of Server:  _____
Date:  _____
Server's Address:  _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| AARON CUMMINS, et al, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-cv-10403 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHRAX, et al, | ) | Hon. Arthur J. Tarnow |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:    GLOBAL MERCHANDISING SERVICES

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Kenneth S. Jannette
   Jannette Legal
   21 Kercheval Ave.
   Suite 240
   Grosse Pointe Farms, MI 48236

   If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Worth
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  February 5, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-cv-10403
Hon. Arthur J. Tarnow

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: GLOBAL MERCHANDISING SERVICES

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| AARON CUMMINS, et al, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-cv-10403 |
| | ) | |
| v. | ) | |
| ANTHRAX, et al, | ) | Hon. Arthur J. Tarnow |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     ROCKABILIA LLC


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kenneth S. Jannette
> Jannette Legal
> 21 Kercheval Ave.
> Suite 240
> Grosse Pointe Farms, MI 48236


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*          By: s/D. Worth
                                               *Signature of Clerk or Deputy Clerk*

                                               Date of Issuance:  February 5, 2016



# Summons and Complaint Return of Service

Case No. 16-cv-10403
Hon. Arthur J. Tarnow

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   ROCKABILIA LLC

Date of Service: _____

## Method of Service

____  Personally served at this address:
_____
_____
_____

____  Left copies at the usual place of abode with (name of person):
_____
_____
_____

____  Other (specify):
_____
_____
_____

____  Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| AARON CUMMINS, et al, )<br>)<br>)<br>    *Plaintiff,* )<br>)<br>v. )<br>)<br>ANTHRAX, et al, )<br>)<br>)<br>    *Defendant.* ) | Civil Action No. 16-cv-10403<br><br>Hon. Arthur J. Tarnow |

**SUMMONS IN A CIVIL ACTION**

To:     NO MUSIC NO LIFE LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Kenneth S. Jannette
   Jannette Legal
   21 Kercheval Ave.
   Suite 240
   Grosse Pointe Farms, MI 48236

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*                By:  s/D. Worth
                                                      *Signature of Clerk or Deputy Clerk*

                                                   Date of Issuance:  February 5, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-cv-10403
Hon. Arthur J. Tarnow

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   NO MUSIC NO LIFE LLC

Date of Service: _____

## Method of Service

____  Personally served at this address:
_____
_____
_____

____  Left copies at the usual place of abode with (name of person):
_____
_____
_____

____  Other (specify):
_____
_____
_____

____  Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| AARON CUMMINS, et al, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-cv-10403 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHRAX, et al, | ) | Hon. Arthur J. Tarnow |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   SCOTT IAN

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Kenneth S. Jannette
   Jannette Legal
   21 Kercheval Ave.
   Suite 240
   Grosse Pointe Farms, MI 48236

   If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth
   *Signature of Clerk or Deputy Clerk*

   Date of Issuance:  February 5, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-cv-10403
Hon. Arthur J. Tarnow

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   SCOTT IAN

Date of Service: _____

## Method of Service

____   Personally served at this address:
_____
_____
_____

____   Left copies at the usual place of abode with (name of person):
_____
_____
_____

____   Other (specify):
_____
_____
_____

____   Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**      Travel $_____      Service $_____      Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| AARON CUMMINS, et al, | ) | |
| | ) | |
| | ) | Civil Action No. 16-cv-10403 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHRAX, et al, | ) | Hon. Arthur J. Tarnow |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:    CHARLIE BENANTE

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Kenneth S. Jannette
   Jannette Legal
   21 Kercheval Ave.
   Suite 240
   Grosse Pointe Farms, MI 48236

  If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*          By:  s/D. Worth
                              *Signature of Clerk or Deputy Clerk*

                              Date of Issuance:  February 5, 2016



# Summons and Complaint Return of Service

Case No. 16-cv-10403
Hon. Arthur J. Tarnow

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   CHARLIE BENANTE

Date of Service:

## Method of Service

____   Personally served at this address:

____   Left copies at the usual place of abode with (name of person):

____   Other (specify):

____   Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

AARON CUMMINS, et al, )
)
)
) Civil Action No. 16-cv-10403
*Plaintiff,* )
)
v. )
)
ANTHRAX, et al, ) Hon. Arthur J. Tarnow
)
)
*Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To:   FRANK BELLO

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Kenneth S. Jannette
   Jannette Legal
   21 Kercheval Ave.
   Suite 240
   Grosse Pointe Farms, MI 48236

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*    By: s/D. Worth
                                         *Signature of Clerk or Deputy Clerk*

                                         Date of Issuance:  February 5, 2016



# Summons and Complaint Return of Service

Case No. 16-cv-10403
Hon. Arthur J. Tarnow

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:  FRANK BELLO

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:
Signature of Server:
Date:
Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| AARON CUMMINS, et al, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  16-cv-10403 |
| | ) | |
| v. | ) | |
| ANTHRAX, et al, | ) | Hon.  Arthur J. Tarnow |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   JOEY BELLADONA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth S. Jannette
Jannette Legal
21 Kercheval Ave.
Suite 240
Grosse Pointe Farms, MI 48236

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Worth
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  February 5, 2016



# Summons and Complaint Return of Service

Case No. 16-cv-10403
Hon. Arthur J. Tarnow

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   JOEY BELLADONA

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:
Signature of Server:
Date:
Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| AARON CUMMINS, et al, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-cv-10403 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHRAX, et al, | ) | Hon. Arthur J. Tarnow |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: JONATHAN DONAIS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Kenneth S. Jannette
    Jannette Legal
    21 Kercheval Ave.
    Suite 240
    Grosse Pointe Farms, MI 48236

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Worth
    *Signature of Clerk or Deputy Clerk*

Date of Issuance: February 5, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-cv-10403
Hon. Arthur J. Tarnow

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   JONATHAN DONAIS

Date of Service: _____

## Method of Service

____   Personally served at this address:
_____
_____
_____

____   Left copies at the usual place of abode with (name of person):
_____
_____
_____

____   Other (specify):
_____
_____
_____

____   Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____